COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00225-CV 

 

 


 
 
 Autumn Leaves Nursing and
 Rehabilitation, Inc.
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Infusion Solutions, Inc. d/b/a
 Trinity Apothecary
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
362nd District Court OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

We
have considered “Appellant's Motion To Dismiss Cause Of Action.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue with prejudice.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:  August 31, 2010











[1]See Tex. R. App. P. 47.4.